1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCOS ORTIZ, JR., | ) | Case No.  CV 12-7186 PA(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

 Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

 IT IS SO ADJUDGED.

DATED: August 28, 2012

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE