1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11   MARCOS ORTIZ, JR.,              ) Case No.  CV 12-7186 PA(JC)
                                     )
12                   Petitioner,     )
                                     )
13            v.                     ) JUDGMENT
                                     )
14   WARDEN,                         )
                                     )
15                   Respondent.     )
16   _____)

17
18        Pursuant to this Court's Order Summarily Dismissing Petition for Writ of
19   Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is
     dismissed.
20
          IT IS SO ADJUDGED.
21
     DATED: August 28, 2012
22
23
                          _____
24
                          HONORABLE PERCY ANDERSON
25                        UNITED STATES DISTRICT JUDGE
26
27
28